# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**BORIS YANKIN**                                              **CIVIL ACTION**

**VERSUS**                                                   **NO. 26-1340**

**GARCIA, ET AL.**                                           **SECTION L (2)**

### ORDER AND REASONS

Plaintiff Boris Yankin has filed a habeas corpus petition pursuant to 28 U.S.C. § 2241 challenging the validity of his detention in Winn Correctional Center on immigration charges. R. Doc. 1. Before considering the merits of the petition, "the Court must determine as a threshold matter whether it has proper jurisdiction to entertain Plaintiff's habeas petition pursuant to 28 U.S.C. § 2241(a)." *Dada v. Witte*, No. 20-1093, 2020 WL 1674129, at *2 (E.D. La. Apr. 6, 2020). "[T]he only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district court in which the prisoner is confined." *Id.* (quoting *United States v. McPhearson*, 451 F. App'x 384, 387 (5th Cir. 2011)); *see also* 28 U.S.C. § 2241(d).

Winn Correctional Center is located in Winnfield, Louisiana. Winnfield is located in Winn Parish. Winn Parish is located in the Alexandria Division of the Western District of Louisiana. Because Plaintiff is confined in the Western District of Louisiana, this Court does not have jurisdiction to consider his petition. In such a case, pursuant to 28 U.S.C. § 1406(a), the Court may either dismiss the petition or, if in the interest of justice, transfer it to the correct district. The Court finds it in the interest of justice to transfer Plaintiff's petition to the Western District of Louisiana. Accordingly;

1

**IT IS ORDERED** that the above-captioned action is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana, Lafayette Division.

New Orleans, Louisiana, this 29th day of June, 2026.

_____
United States District Judge